ACCEPTED
14-15-00038-CR
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
4/6/2015 6:43:06 PM
CHRISTOPHER PRIN
CLERK

CAUSE NUMBER 14—15—00038—CR

| | |
|---|---|
| VICTOR JENKINS | IN THE COURT OF APPEALS |
| V. | FOURTEENTH COURT OF APPEALS |
| STATE OF TEXAS | STATE OF TEXAS |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/6/2015 6:43:06 PM
CHRISTOPHER A. PRINE
Clerk

## APPELLANT'S MOTION TO EXTEND TIME FOR FILING OF APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW THE APPELLANT, by and through his appointed attorney of record, Paul M. Evans, in the above entitled and numbered cause, and moves this Court, to grant the Appellant's Motion to Extend Time for Filing Appellant's Brief, and, in support thereof, would show the Court as follows:

I.

Appellant's Brief is due before this Court on this date, April 6, 2015. No previous Motions to Extend Time have been sought.

II.

The undersigned counsel anticipates filing an *Anders* brief in the instant cause. On this same date, the undersigned counsel noticed a discrepancy in the record. To-wit, the "Docket Sheet" found in the Clerk's Record—*see* **CR1** 82-3—was apparently electronically scanned by the

Travis County District Clerk shortly after sentencing in the instant cause. After examining in person the actual physical docket sheet on this same date, the undersigned counsel confirmed his suspicion that the trial court had made one additional notation on said docket sheet that is not reflected by the version found in the present Clerk's Record. At the undersigned counsel's request, the District Clerk will be supplementing the Clerk's Record with the "updated" "Docket Sheet" forthwith.

## III.

Counsel would very respectfully request that the deadline for the Appellant's brief be extended to April 14, 2015, in order that the undersigned counsel may have ample opportunity to incorporate the supplemental material into the Appellant's Brief and fulfill his obligations both to his client and to this Court.

## IV.

This Motion is not made for purposes of delay, but so that justice might be served.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays that this Court, upon good cause shown, grant the Appellant's Motion to Extend Time for Filing Appellant's Brief.

Respectfully submitted,
Law Office of Paul M. Evans
811 Nueces Street
Austin, Texas  78701
(512) 569-1418
(512) 692-8002 FAX

_/s/ Paul M. Evans_____
 PAUL M. EVANS
 SBN 24038885
 Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was delivered by facsimile unto the office of the prosecuting attorney for the State of Texas—mailing address P.O. Box 1748, Austin, Texas 78767, physical address 509 W. 11th Street, Austin, Texas 78701—on this the 6th day of April, 2015.

_/s/ Paul M. Evans_____
PAUL M. EVANS

## CERTIFICATE OF COMPLIANCE

I hereby certify that the present document contains 442 words, all contents included.

_/s/ Paul M. Evans_____
PAUL M. EVANS